JS-6

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
John Y. Kim (SBN 225248)
Roland Au (SBN 270085)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
scalequalaccess@yahoo.com

Attorneys for Plaintiff, ANDRES GOMEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>HAPPY DOLPHIN BAY ARTESIA, INC.; FRESH GROUP, INC. and DOES 1 through 10,<br><br>         Defendants. | Case No. 2:16-cv-05128-AB (RAOx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: July 12, 2016<br>Trial Date:       None |

ORDER

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire lawsuit be dismissed with prejudice in the above-entitled action.

SO ORDERED.

DATED: January 13, 2017  _____

United States District Court Judge
Judge André Birotte Jr.